FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J. MITCH HALL and NATHAN KAY,<br><br>          Plaintiffs,<br><br>          v.<br><br>L-3 COMMUNICATIONS CORPORATION, and KATHY HOLLAND and CHRIS ROOT, individually,<br><br>          Defendants. | NO. 2:15-cv-00231<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO AMEND CAPTION** |

Before the Court is Plaintiffs' Motion to Amend Caption. ECF No. 16 The motion was heard without oral argument.

Plaintiffs filed their original complaint, ECF No. 1, on September 3, 2015. Defendants filed a Motion to Dismiss or Compel Arbitration, ECF No. 8, on September 25, 2015. Plaintiffs then filed the First Amended Complaint, ECF No. 14, on October 14, 2015, which altered the named defendants. On the same day, Plaintiffs filed the pending Motion to Amend Caption to reflect these changes. A week later, Defendants filed a notice withdrawing their motion to dismiss. The Court finds good cause to grant Plaintiffs' motion.

//

//

//

**PLAINTIFFS' MOTION TO AMEND CAPTION** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Amend Caption, ECF No. 16, is **GRANTED**.

2. Defendants' Motion to Dismiss or Compel Arbitration, ECF No. 8, is **dismissed as moot**.

3. The caption in No. 2:15-cv-00231-SAB shall be amended to:

J. MITCH HALL and NATHAN KAY,

     Plaintiffs,

        v.

L-3 COMMUNICATIONS CORPORATION, L-3 COMMUNICATIONS VERTEX AEROSPACE, LLC andL-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.

     Defendants.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and amend the caption.

**DATED** this 28th day of October 2015.



Stanley A. Bastian
United States District Judge

**PLAINTIFFS' MOTION TO AMEND CAPTION** # 2